CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT  OF  SUMMONS  (Private  Process)
Case Number: 24-C-22-002658 OT
CIVIL

Aubrey Clabaugh vs Dennis Barker, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: THOMPSON TRUCKING INCORPORATED
        11939 Richmond Highway
        Ruther Glen, VA 22546

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Aubrey Clabaugh
10 North Calvert St.
Apt. 618
Baltimore, MD 21202

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued:  06/14/22

Marilyn Bentley
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS (Private Process)
Case Number: 24-C-22-002658 OT
CIVIL
Aubrey Clabaugh vs Dennis Barker, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: THOMPSON TRUCKING INCORPORATED
       11939 Richmond Highway
       Ruther Glen, VA 22546

   You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Aubrey Clabaugh
       10 North Calvert St.
       Apt. 618
       Baltimore, MD 21202

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 06/14/22

Marilyn Bentley
Clerk of the Circuit Court

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

IN THE CIRCUIT COURT FOR Baltimore City
                                                                    (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant*: You must file an Information Report as required by Rule 2-323(h).
*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒PLAINTIFF  ☐DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: Audrey Clabaugh          vs.   Dennis Barker and Thompson Trucking
                    Plaintiff                                  Defendant

PARTY'S NAME: Audrey Clabaugh                    PHONE:
PARTY'S ADDRESS: 10 North Calvert Street, Apt. 618, Baltimore, MD 21202
PARTY'S E-MAIL:

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: Aleksandr Shubin, Esq.        PHONE: 202-464-0727
PARTY'S ATTORNEY'S ADDRESS: 7910 Woodmont Avenue, Suite 1250, Bethesda, MD 20814
PARTY'S ATTORNEY'S E-MAIL: aleks@Malloy-Law.com

**JURY DEMAND?** ☒Yes ☐No
**RELATED CASE PENDING?** ☐Yes ☒No  If yes, Case #(s), if known:
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours  2 days

### PLEADING TYPE

New Case:   ☒Original         ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

**MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)**

☐ Under $10,000   ☐ $10,000 - $30,000   ☒ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation   ☒Yes  ☐No          C. Settlement Conference   ☐Yes  ☐No
B. Arbitration  ☐Yes  ☐No          D. Neutral Evaluation      ☐Yes  ☐No

**SPECIAL REQUIREMENTS**

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

**ESTIMATED LENGTH OF TRIAL**

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☒ 2 days of trial time

**BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM**

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

June 8, 2022
Date

7910 Woodmont Avenue, Suite 1250
Address

Bethesda          MD          20814
City              State       Zip Code

*(signature)*
Signature of Counsel / Party
Aleksandr Shubin, Esq.
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

Aubrey Clabaugh
10 North Calvert Street, Apt. 618
Baltimore, MD 21202

    Plaintiff,

v.

Dennis Barker
25214 Jefferson David Highway
Concord, VA 24538

and

Thompson Trucking Incorporated
11939 Richmond Highway
Ruther Glen, VA 22546

    Defendants.

CASE NO.: 24.C.22.002658

## COMPLAINT

COMES NOW Plaintiff by and through his attorneys, Aleksandr Shubin, Esq. and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of State of Maryland.

2. Defendant Dennis Barker is an individual residing in Commonwealth of Virginia

3. Defendant Thompson Trucking Incorporated. is s private company which operates and does business in this jurisdiction.

4. Defendant Barker was employed by Thompson Trucking Incorporated and was acting within his scope of employment at all relevant times.

1

## JURISDICTION AND VENUE

5. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (2006).

6. Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 and 6-202 (2006).

## COUNT I (Negligence)

7. Paragraphs 1 – 6 (one through six) are incorporated by reference as if fully restated.

8. On or around October 19, 2020, Plaintiff was walking on the southern side of Wilkens Avenue, at its intersection with South Catherine Street.

9. At the same date and time, Defendant Barker was driving a truck, owned by Defendant Thompson Trucking Incorporated., on Wilkens Avenue.

10 As Plaintiff was crossing the South Catherine Street, Defendant Barker made a turn onto South Catherine Street. He failed to pay full time and attention and ran over Plaintiff's foot.

11. As a direct result of Defendant Barker's negligence, Plaintiff sustained injury to all parts of her body, suffered and shall suffer great pain of body and mind, incurred and shall incur medical and out-of-pocket expenses and lost income.

12. Defendant Thompson Trucking Incorporated is liable for Defendant Barker's actions under doctrines of respondent superior and vicarious liability.

13. At all times, Plaintiff exercised due care and followed the rules of the road.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, in the amount exceeding SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), pre-judgment and post-judgment interest and costs of this suit.

Respectfully Submitted,

Aleksandr Shubin, Esq.
CPF No.: 0712120274
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Aleks@malloy-law.com
*Attorney for Plaintiff*

## ELECTION FOR JURY TRIAL

The Plaintiff elects to have the above entitled matter tried before a jury.

Aleksandr Shubin, Esq.

3